**Dewayne HUGHES, Appellant,**

v.

**CORRECTIONAL MEDICAL SERVICES; Larry Bowler, Dr., Maximum Security Unit, ADC; Roland Anderson, Dr., Maximum Security Unit, ADC; Robert Scott, Dr., Arkansas Department of Correction, Appellees.**

No. 08–2842.

United States Court of Appeals, Eighth Circuit.

Submitted: Oct. 14, 2009.

Filed: Oct. 21, 2009.

Dewayne Hughes, Arkansas Department of Correction, Tucker, AR, for Appellant.

Brent J. Eubanks, Humphries & Lewis, White Hall, AR, for Appellees.

Before BYE, BOWMAN, and BENTON, Circuit Judges.

1. The Honorable William R. Wilson, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Henry L. Jones, Jr., United States Magistrate Judge for the Eastern District of Arkansas.

**PER CURIAM.**

Arkansas inmate Dewayne Hughes appeals following the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Having carefully reviewed the record, *see Roe v. Crawford,* 514 F.3d 789, 793 (8th Cir.) (standard of review), *cert. denied,* —— U.S. ——, 129 S.Ct. 109, 172 L.Ed.2d 34 (2008), we find no basis—and Hughes has provided none—for overturning the district court's well-reasoned opinion. Accordingly, we affirm. *See* 8th Cir. R. 47B.